Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Christopher Perez  **Case Number:** 0101 1:15CR10302

**Name of Sentencing Judicial Officer:** Honorable George A. O'Toole, Sr. U.S. District Judge

**Date of Original Sentence:** April 11 2017
**Date of 1st Violation:** August 14, 2018

**Original Offense:** Conspiracy to Possess with Intent to Distribute Narcotics 21:846

**Original Sentence:** 6 months of BOP, 26 months of TSR
**1st Violation Sentence:** 60 days custody, 24 months of TSR

**Type of Supervision:** Term Of Supv Rel  **Date Supervision Commenced:** August 14, 2018

## NON-COMPLIANCE SUMMARY

**Violation Number**  **Nature of Noncompliance**

I. **Special Condition:** Upon release from custody, the person under supervision shall serve at least 3 months and up to 6 months at the Hope House program in Boston, MA until a suitable residence is approved by U.S. Probation. The person under supervision shall observe the rules of that facility.

Upon release from custody, Mr. Perez was admitted to the Hope House on 8/28/2018. His participation in the program was sub-par, however, there was conflicting information provided to the probation office on whether he was compliant with the program rules. On 11/08/2018, Mr. Perez was discharged from the program for what the probation office interprets as not being a good fit. While he did not follow program rules completely, his non-compliance was not reported to him timely so he could work out a plan to succed.

As he did not have an approved address, he lived shortly with his parents and then resided at a sober house from 11/26/2018 until 12/17/2018 and is currently residing with his parents again. The probation office finds this a suitable home at this time.

II. **Special Condition:** The person under supervision shall complete a Certified Batterer's program.

To date, Mr. Perez has failed to enroll in a Certified Batterer's Program. He has been given a deadline of 2/01/2019 to identify and enroll in a program.

**U.S. Probation Officer Action:** Since his release from incarceration, Mr. Perez has maintained his sobriety and has reported to the probation office as directed. He has also been compliant with all the conditions placed on him by the Department of Child and Families to work towards getting his parental rights re-established with his two youngest children. At this time, we are reporting the above non-compliance to the Court and asking for no action to be taken. Foremost, our office is promoting Mr. Perez' success with his sobriety and will continue to work with him to complete all other conditions imposed by the Court.

Reviewed/Approved by:                                Respectfully submitted,

*/s/ Basil F Cronin*                                 */s/ Sharon L. Hoskins*
Basil F Cronin                                       by  Sharon L. Hoskins
Supervisory U.S. Probation Officer                   Sr. U.S. Probation Officer
                                                     Date:           1/22/2019

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
The Honorable George A. O'Toole,
Sr. U.S. District Judge

____1/22/19_____
Date